IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05-CR-00046-RJC-DSC

| USA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JOSEPH MIKE (1) | ) | |
| | ) | |

**THIS MATTER** is before the Court upon motion of the defendant for a sentence reduction. (Doc. No. 194). However, the defendant was granted executive clemency to a sentence of 220 months' imprisonment by former President Biden. (Doc. No. 196).

**IT IS, THEREFORE, ORDERED** that the defendant's motion, (Doc. No. 194), is **DISMISSED as moot**.

The Clerk is directed to certify copies of this Order to the defendant and the United States Attorney.

Signed: February 4, 2025

Robert J. Conrad, Jr.
United States District Judge